FILED

AUG 22  1 34 PM '13

U.S. MARS      HICE

BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs<br><br>JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano,<br><br>DEFENDANT. | ) CASE NO.     2:13-mj-00644-VCF<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM FOR<br>) JESUS GAMBOA aka Viejon,<br>) aka Pablo Gamboa-Medrano<br>) INMATE NO. 1673426<br>)<br>) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano before the United States District Court at Las Vegas, Nevada, on or about August 29, 2013 at the hour of 3:00 p.m., for Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 5/22/13

_____
UNITED STATES MAGISTRATE JUDGE

FILED

AUG 22   1 34 PM '13

U.S. _____

BY_____

1  DANIEL G. BOGDEN
   United States Attorney
2  SUSAN CUSHMAN
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                               -oOo-

10  UNITED STATES OF AMERICA,          )
                                       ) CASE NO.        2:13-mj-00644-VCF
11              PLAINTIFF,              )
                                       )
12       vs                            ) PETITION FOR WRIT OF
                                       ) HABEAS CORPUS AD
13                                     ) PROSEQUENDUM FOR
                                       ) JESUS GAMBOA
14  JESUS GAMBOA aka Viejon, aka       ) INMATE NO. 1673426
    Pablo Gamboa-Medrano,              )
15                                     )
                DEFENDANT.             )
16  _____ )

17          The petition of the United States Attorney for the District of Nevada

18  respectfully shows that JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano is committed by

19  due process of law in the custody of the Director, City of Las Vegas Jail, 3300 Stewart Avenue, Las

20  Vegas, Nevada, that it is necessary that the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-

21  Medrano be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said

22  JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano may be present before the United States

23  District Court for the District of Nevada, at Las Vegas, Nevada, on August 29, 2013 at the hour of

24  3:00 p.m., for Initial Appearance and any further proceedings, and from time to time and day to day

25  thereafter until excused by the said Court.

26  . . .

1    That the presence of the said JESUS GAMBOA aka Viejon, aka Pablo

2 Gamboa-Medrano before the United States District Court on or about August 29, 2013 at the hour of

3 3:00 p.m., for Initial Appearance and any further proceedings and from time to time and day to day

4 thereafter until excused by the Court has been ordered by the United States Magistrate or District

5 Judge for the District of Nevada.

6    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

7 Prosequendum issue out of this Court, directed to the Director, City of Las Vegas Jail, 3300 Stewart

8 Avenue, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

9 them to produce the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano before the

10 United States District Court on or about JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano

11 at the hour of 3:00 p.m., and from time to time and day to day thereafter, at such times and places as

12 may be ordered and directed by the Court entitled above, to appear before the Court, and when

13 excused by the said Court, to be returned to the custody of the Director, City of Las Vegas Jail, 3300

14 Stewart Avenue, Las Vegas, Nevada.

15    DATED this 22 day of August, 2013.

16

17    Respectfully submitted,

18    DANIEL G. BOGDEN
     United States Attorney

19

20    SUSAN CUSHMAN
     Assistant United States Attorney

21

22

23

24

25

26

2