FILED

Aug 22  1 34 PM '13

U.S. ...

BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-mj-00644-VCF |
| PLAINTIFF, ) | |
| ) | WRIT OF HABEAS CORPUS |
| vs ) | AD PROSEQUENDUM FOR |
| ) | JESUS GAMBOA, aka Viejon, |
| JESUS GAMBOA aka Viejon, aka ) | aka Pablo Gamboa-Medrano |
| Pablo Gamboa-Medrano, ) | INMATE NO. 1673426 |
| ) | |
| DEFENDANT. ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   DIRECTOR, CITY OF LAS VEGAS JAIL
      3300 STEWART AVENUE, LAS VEGAS, NV
      UNITED STATES MARSHAL FOR THE DISTRICT OF
      NEVADA AND ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE COMMAND that you have the body of JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano detained in the custody of the Director, City of Las Vegas Jail, 3300 Stewart Avenue, Las Vegas, Nevada, before the United States District Court at the Lloyd D George United States Courthouse in Las Vegas, Nevada, on or about August 29, 2013, at the hour of 3:00 p.m. for Initial Appearance and any further proceedings and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said JESUS GAMBO aka Viejon, aka Pablo Gamboa-Medrano is released and discharged by the said Court;

and that you shall thereafter return the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano to the custody of the Director, City of Las Vegas Jail, 3300 Stewart Avenue, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: 8/22/13

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

8/22/2013
DATE