DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CASE NO. 2:13-mj-0644-VCF |
| PLAINTIFF, | ) |
|  | ) PETITION FOR WRIT OF |
| vs | ) HABEAS CORPUS AD |
|  | ) PROSEQUENDUM FOR |
|  | ) JESUS GAMBOA |
| JESUS GAMBOA aka Viejon, aka | ) INMATE NO. 01673426 |
| Pablo Gamboa-Medrano, | ) |
|  | ) |
| DEFENDANT. | ) |
|  | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano is committed by due process of law in the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, that it is necessary that the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on September 3, 2013 at the hour of 3:00 p.m., for Initial Appearance and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

. . .

That the presence of the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano before the United States District Court on or about September 3, 2013 at the hour of 3:00 p.m., for Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano before the United States District Court on or about JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano at the hour of 3:00 p.m., and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada.

DATED this 29th day of August, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CASE NO. 2:13-mj-0644-VCF |
| PLAINTIFF, ) | ) |
| ) | ) WRIT OF HABEAS CORPUS |
| vs ) | ) AD PROSEQUENDUM FOR |
| ) | ) JESUS GAMBOA, aka Viejon, |
| JESUS GAMBOA aka Viejon, aka ) | ) aka Pablo Gamboa-Medrano |
| Pablo Gamboa-Medrano, ) | ) INMATE NO. 01673426 |
| ) | ) |
| DEFENDANT. ) | ) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DIRECTOR, CLARK COUNTY DETENTION CENTER
330 SOUTH CASINO CENTER DRIVE, LAS VEGAS, NV 89101
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S:

WE COMMAND that you have the body of JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano detained in the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, before the United States District Court at the Lloyd D George United States Courthouse in Las Vegas, Nevada, on or about September 3, 2013, at the hour of 3:00 p.m. for Initial Appearance and any further proceedings and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said JESUS GAMBO aka Viejon, aka Pablo Gamboa-Medrano is released and discharged by the

said Court; and that you shall thereafter return the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano to the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED:

                                            UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON, Clerk
United States District Court

By _____
                  Deputy

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. |
| PLAINTIFF, | ) |
| | ) ORDER FOR ISSUANCE OF |
| vs | ) WRIT OF HABEAS CORPUS |
| | ) AD PROSEQUENDUM FOR |
| JESUS GAMBOA aka Viejon, aka | ) JESUS GAMBOA aka Viejon, |
| Pablo Gamboa-Medrano, | ) aka Pablo Gamboa-Medrano |
| | ) INMATE NO. 01673426 |
| DEFENDANT. | ) |
| | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano before the United States District Court at Las Vegas, Nevada, on or about September 3, 2013 at the hour of 3:00 p.m., for Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE