# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                    PLAINTIFF,             )<br>                                                          )<br>              vs                                         )<br>                                                          )<br>JESUS GAMBOA aka Viejon, aka   )<br>Pablo Gamboa-Medrano,              )<br>                                                          )<br>                    DEFENDANT.        )<br>_____) | CASE NO. 2:13-mj-0644-VCF<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>JESUS GAMBOA, aka Viejon,<br>aka Pablo Gamboa-Medrano<br>INMATE NO. 01673426 |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:         DIRECTOR, CLARK COUNTY DETENTION CENTER
               330 SOUTH CASINO CENTER DRIVE, LAS VEGAS, NV 89101
               UNITED STATES MARSHAL FOR THE DISTRICT OF
               NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S :

WE COMMAND that you have the body of JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano detained in the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, before the United States District Court at the Lloyd D George United States Courthouse in Las Vegas, Nevada, on or about September 3, 2013, at the hour of 3:00 p.m. for Initial Appearance and any further proceedings and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said JESUS GAMBO aka Viejon, aka Pablo Gamboa-Medrano is released and discharged by the

said Court; and that you shall thereafter return the said JESUS GAMBOA aka Viejon, aka Pablo Gamboa-Medrano to the custody of the Director, Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: August 29, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON  
CLERK  
*Lance S. Wilson*  
(By) DEPUTY CLERK

8/29/2013  
DATE