PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): SUSAN CUSHMAN

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Tony Casullo - DEA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense _____ County _____

CASE NO. 2:13-cr-341

USA vs.
Defendant: JESUS GAMBOA, aka Viejon, aka Pedro Gamboa-Medrano

Address

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required
Birth Date _____
☐ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☑ Currently in State Custody
   ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute of a Controlled Substance | 1 |
| 4 | 21/841(a)(1) and (b)(1)(A) | Distribution of a Controlled Substance | 2, 3 |
| 4 | 21/841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute a Contrlled Substance | 4 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA            Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Ellenrose Jarmolowich
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

**Name of Asst. U.S. Attorney (if assigned):** SUSAN CUSHMAN

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Tony Casullo - DEA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
2:13-mj-0644-VCF

Place of offense _____ County

CASE NO. 2:13-cr-341

USA vs.
Defendant: MIGUEL ANGEL LOPEZ
Address:

_____ FILED  _____ RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required Dialect:

Birth Date _____
☐ Male  ☐ Alien (if applicable)
☐ Female

Social Security Number _____

### DEFENDANT

Issue:  ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute of a Controlled Substance | 1 |
| 4 | 21/841(a)(1) and (b)(1)(A) | Distribution of a Controlled Substance | 2 |
| 4 | 21/841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute a Contrlled Substance | 4 |
|   |   |   |   |
|   |   |   |   |