UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 22, 2013** TERM. **13-02** | MINUTES OF COURT<br><br>DATE: September 3, 2013 @ 1:11 PM – 1:13 PM |

PRESENT:     The Honorable     Carl W. Hoffman , U.S. Magistrate Judge.

DEPUTY CLERK:     Henry Enriquez     REPORTER:     Phyllis Wright

UNITED STATES ATTORNEY:     Robert Knief     COURTROOM:     3C

A roll call of the Grand Jury is taken with **18** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:13-CR-339 | JASON MATTHEW ROMERO<br>(STATE CUSTODY - CCDC – WRIT FILED) | WARRANT |
| 2:13-CR-340 | SEALED (9 DEFENDANTS)<br>(7 WARRANTS, 2 SUMMONS) | WARRANTS<br><br>SUMMONS |
| 2:13-CR-341 | JESUS GAMBOA<br>and<br>MIGUEL ANGEL LOPEZ<br>(BOTH LOCAL FEDERAL CUSTODY) | CUSTODY<br><br>CUSTODY |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-339** will be held on **Wednesday, September 11, 2013 @ 3:00 pm** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A**.

**IT IS ORDERED** that the Arraignment & Plea as to: **2:13-CR-340 & 2:13-CR-341** (**Defendant Miguel Angel Lopez**) will be held on **Thursday, September 12, 2013 @ 3:00 pm** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A.**

**IT IS FURTHER ORDERED** that the Arraignment & Plea as to: **2:13-CR-341** (**Defendant Jesus Gamboa**) be held on: **Tuesday, September 3, 2013 @ 3:00pm** before **MAGISTRATE CARL W. HOFFMAN in Courtroom 3C.**

**IT IS ORDERED** that the Arraignment and Plea as to the above cases will be held at the time of the Initial Appearance.

                                                LANCE S. WILSON, Clerk
                                                United States District Court

                                                /S/ Henry Enriquez
                                                     Deputy Clerk