# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00341-APG-PAL |
| Plaintiff | **Order Denying Motion for Relief for Time Credit** |
| v. | |
| JESUS GAMBOA, | [ECF No. 65] |
| Defendant | |

Defendant Jesus Gamboa submitted a letter that I will treat as a motion requesting that I order the Bureau of Prisons (BoP) to credit him with time he spent in custody prior to sentencing. ECF No. 65. Because Gamboa is challenging the duration of his confinement, I must construe it "as a petition for habeas corpus under 28 U.S.C. § 2241." *Tucker v. Carlson*, 925 F.2d 330, 332 (9th Cir. 1991). As such, Gamboa must seek his relief in the Eastern District of Pennsylvania because a § 2241 petition must be brought in the district in which the prisoner is in custody. *Rumsfeld v Padilla*, 542 U.S. 426, 442 (2004). And, Gamboa may not file a 28 U.S.C. § 2241 petition until he exhausts his administrative remedies. *Tucker*, 925 F.2d at 332 ("Generally, a federal prisoner is required to exhaust his federal administrative remedies before filing a habeas petition."). It does not appear that Gamboa has exhausted his BoP administrative remedies regarding the calculation of his sentence, so his motion is defective for that reason as well.

I THEREFORE ORDER that Gamboa's motion for relief for time credit **(ECF No. 65) is denied without prejudice.**

DATED this 26th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE